Fill in this information to identify your case:

United States Bankruptcy Court for the:

**District of Massachusetts**

Case number (*If known*): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy                    06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Timothy**<br>First name<br>**Daniel**<br>Middle name<br>**Nichols**<br>Last name<br><br>Suffix (Sr., Jr, II, III) | **Chandra**<br>First name<br>**Lee**<br>Middle name<br>**Nichols**<br>Last name<br><br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br>Middle name<br>Last name<br>Business name (if applicable)<br>Business name (if applicable) | **Chandra**<br>First name<br>**Lee**<br>Middle name<br>**Watts**<br>Last name<br>Business name (if applicable)<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **4  9  5  8**<br>OR<br>9xx - xx - ___ ___ ___ ___ | xxx - xx - **1  1  7  8**<br>OR<br>9xx - xx - ___ ___ ___ ___ |

Debtor 1    **Timothy**        **Daniel**        **Nichols**
Debtor 2    **Chandra**        **Lee**          **Nichols**

First Name        Middle Name        Last Name        Case number *(if known)* _____

---

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 4. | **Your Employer Identification Number (EIN), if any.** | EIN  __ __ – __ __ __ __ __ __ __ | EIN  __ __ – __ __ __ __ __ __ __ |
| | | EIN  __ __ – __ __ __ __ __ __ __ | EIN  __ __ – __ __ __ __ __ __ __ |

---

**5.   Where you live**

**41 Worcester Street**

Number       Street

_____

**Grafton, MA 01519**

City                State    ZIP Code

**Worcester**

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____

Number       Street

_____

P.O. Box

_____

City                State    ZIP Code

**If Debtor 2 lives at a different address:**

_____

Number       Street

_____

City                State    ZIP Code

_____

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____

Number       Street

_____

P.O. Box

_____

City                State    ZIP Code

---

**6.   Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **Timothy** | **Daniel** | **Nichols** | |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

<div style="background:black;color:white">**Part 2:**</div> Tell the Court About Your Bankruptcy Case

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | | MM / DD / YYYY | |
| | District _____ | When _____ | Case number _____ |
| | | MM / DD / YYYY | |
| | District _____ | When _____ | Case number _____ |
| | | MM / DD / YYYY | |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |
| | | MM / DD / YYYY | |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |
| | | MM / DD / YYYY | |

---

**11.** **Do you rent your residence?**

☐ No.    Go to line 12.

☑ Yes.    Has your landlord obtained an eviction judgment against you?

- ☑ No. Go to line 12.
- ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | Timothy | Daniel | Nichols | |
|---|---|---|---|---|
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Timothy** | **Daniel** | **Nichols** | |
|---|---|---|---|---|
| Debtor 2 | **Chandra** | **Lee** | **Nichols** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.  What is the hazard?  _____
_____
_____

If immediate attention is needed, why is it needed?
_____
_____
_____

Where is the property?  _____
Number          Street

_____

_____  _____  _____
City                                          State      ZIP Code

| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
|---|---|---|---|
| Debtor 2 | **Chandra** | **Lee** | **Nichols** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Timothy** | **Daniel** | **Nichols** | |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.
_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**
- ☐ No.   I am not filing under Chapter 7. Go to line 18.
- ☑ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

---

**18. How many creditors do you estimate that you owe?**
- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,000-100,000
- ☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**
- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Timothy Daniel Nichols**               X **/s/ Chandra Lee Nichols**
Timothy Daniel Nichols, Debtor 1                Chandra Lee Nichols, Debtor 2

Executed on **02/12/2025**                      Executed on **02/12/2025**
MM/ DD/ YYYY                                    MM/ DD/ YYYY

| Debtor 1 | **Timothy** | **Daniel** | **Nichols** | |
|---|---|---|---|---|
| Debtor 2 | **Chandra** | **Lee** | **Nichols** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** /s/ Robert W. Kovacs, Jr _____
Signature of Attorney for Debtor

Date **02/12/2025** _____
MM / DD / YYYY

**Robert W. Kovacs, Jr** _____
Printed name

**Robert Kovacs** _____
Firm name

**131 Lincoln Street** _____
Number        Street

_____

**Worcester** _____
City

**MA**   **01605** _____
State   ZIP Code

Contact phone **(508) 926-8833** _____

Email address **Robert@KovacsLawFirm.com** _____

**671497** _____
Bar number

**MA** _____
State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Massachusetts**

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                                                         12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.

   ☐ Yes. Where is the property?

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ....................................................   ➔  | $0.00 |

### Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No

   ☑ Yes

   3.1   Make:          **Nissan**

        Model:        **Sentra**

        Year:         **2012**

        Approximate mileage:  **155000**

        Other information:

   | VIN: 3N1AB6AP2CL748949 |

   **Who has an interest in the property?** Check one.

   ☑ Debtor 1 only

   ☐ Debtor 2 only

   ☐ Debtor 1 and Debtor 2 only

   ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $3,727.00 | $3,727.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No

   ☐ Yes

Debtor   **Nichols, Timothy Daniel; Nichols, Chandra Lee**                    Case number *(if known)* _____

---

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..................................................................................... ➔    | **$3,727.00** |

| **Part 3:** | Describe Your Personal and Household Items |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |

6.   **Household goods and furnishings**

   *Examples:*  Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. .........   | Usual and customary household good, furnishings, home appliances, and tools |   $500.00

7.   **Electronics**

   *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe. .........   | usual and customary household electronics |   $700.00

8.   **Collectibles of value**

   *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe. .........

9.   **Equipment for sports and hobbies**

   *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe. .........

10.   **Firearms**

   *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

   ☑ No
   ☐ Yes. Describe. .........

11.   **Clothes**

   *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ☑ Yes. Describe. .........   | Clothing |   $1,000.00

---

Debtor   **Nichols, Timothy Daniel; Nichols, Chandra Lee**       Case number *(if known)*

---

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .........

| Personal jewelry | $80.00 |

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe. .........

| household pet dog and cat | $0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................................................................... ➔  | $2,280.00 |

---

| **Part 4:** | Describe Your Financial Assets |

**Do you own or have any legal or equitable interest in any of the following?**   Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ................................................................................................................................ Cash: ...................  $10.00

---

Debtor  **Nichols, Timothy Daniel; Nichols, Chandra Lee**          Case number *(if known)* _____

---

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................          Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **Chime** | **$1,250.00** |
| 17.2. Checking account: | **Digital CU** | **$14.00** |
| 17.3. Checking account: | **Digital CU** | **$0.00** |
| 17.4. Savings account: | **Digital CU** | **$3.00** |
| 17.5. Savings account: | **Digital CU** | **$0.14** |
| 17.6. Other financial account: | **Cash app** | **$3.64** |
| 17.7. Other financial account: | **Paypal** | **$0.00** |
| 17.8. Other financial account: | **Paypal** | **$0.00** |
| 17.9. Other financial account: | **prepaid card** | **$0.02** |
| 17.10. Other financial account: | **prepaid card** | **$1.45** |
| 17.11. Other financial account: | **Venmo** | **$0.00** |
| 17.12. Other financial account: | **Venmo** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .....................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific
information about
them....................

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
information about
them....................

---

Debtor  **Nichols, Timothy Daniel; Nichols, Chandra Lee**                          Case number *(if known)* _____

21. **Retirement or pension accounts**

   *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☑ No

   ☐ Yes. List each
   account separately.

22. **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company

   *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
   others

   ☑ No

   ☐ Yes ......................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ☑ No

   ☐ Yes ......................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ☑ No

   ☐ Yes ......................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable
   for your benefit**

   ☑ No

   ☐ Yes. Give specific
   information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

   *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

   ☑ No

   ☐ Yes. Give specific
   information about them. ...

27. **Licenses, franchises, and other general intangibles**

   *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ☑ No

   ☐ Yes. Give specific
   information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**

Debtor   **Nichols, Timothy Daniel; Nichols, Chandra Lee**     Case number *(if known)* _____

---

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

| See Attached. | Federal: | $1,834.00 |
| | State: | $148.00 |
| | Local: | |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. ........

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Auto insurance policy: Geico | debtors | $0.00 |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..........................................................................................  ➔

| $3,264.25 |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

Debtor  **Nichols, Timothy Daniel; Nichols, Chandra Lee**                    Case number *(if known)* _____

---

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ............................................................................ ➡   | $0.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ............................................................................ ➡   | $0.00 |

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific
information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................... ➡   | $0.00 |

| **Part 8:** | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ....................................................................................... ➡   | $0.00 |

56. **Part 2: Total vehicles, line 5**          $3,727.00

57. **Part 3: Total personal and household items, line 15**          $2,280.00

58. **Part 4: Total financial assets, line 36**          $3,264.25

59. **Part 5: Total business-related property, line 45**          $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**          $0.00

61. **Part 7: Total other property not listed, line 54**     +     $0.00

62. **Total personal property. Add lines 56 through 61.** ...............   | $9,271.25 |   Copy personal property total ➡   +   $9,271.25

63. **Total of all property on Schedule A/B. Add line 55 + line 62.** .........................................................   | $9,271.25 |

Official Form 106A/B                    **Schedule A/B: Property**                    page **7**

Debtor **Nichols, Timothy Daniel; Nichols, Chandra Lee**                    Case number *(if known)* _____

## Continuation Page

| 28. | **Tax refunds owed to you** | | |
|---|---|---|---|
| | Federal: | **2024 \| pending tax refunds** | **$1,834.00** |
| | State: | **2024 \| pending tax refunds** | **$148.00** |

Fill in this information to identify your case:

| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Massachusetts**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2012 Nissan Sentra**<br>VIN:<br>**3N1AB6AP2CL748949** | $3,727.00 | ☑ $4,450.00 | **11 U.S.C. § 522(d)(2)** |
| Line from *Schedule A/B*: **3.1** | | ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No
      ☐ Yes

Debtor 1    __Timothy__        __Daniel__        __Nichols__                  Case number *(if known)* _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Usual and customary household good, furnishings, home appliances, and tools**<br>Line from *Schedule A/B:* __6__ | __$500.00__ | ☑ __$500.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | __11 U.S.C. § 522(d)(3)__ |
| Brief description: **usual and customary household electronics**<br>Line from *Schedule A/B:* __7__ | __$700.00__ | ☑ __$700.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | __11 U.S.C. § 522(d)(3)__ |
| Brief description: **Clothing**<br>Line from *Schedule A/B:* __11__ | __$1,000.00__ | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | __11 U.S.C. § 522(d)(3)__ |
| Brief description: **Personal jewelry**<br>Line from *Schedule A/B:* __12__ | __$80.00__ | ☑ __$1,500.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | __11 U.S.C. § 522(d)(4)__ |
| Brief description: **Cash**<br>Line from *Schedule A/B:* __16__ | __$10.00__ | ☑ __$5.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | __11 U.S.C. § 522(d)(5)__ |
| Brief description: **Digital CU**<br>**Checking account**<br>Line from *Schedule A/B:* __17__ | __$0.00__ | ☑ __$5.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | __11 U.S.C. § 522(d)(5)__ |
| Brief description: **Digital CU**<br>**Savings account**<br>Line from *Schedule A/B:* __17__ | __$0.14__ | ☑ __$1.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | __11 U.S.C. § 522(d)(5)__ |

Debtor 1    __Timothy__    __Daniel__    __Nichols__                   Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **prepaid card**<br>__Other financial account__<br><br>Line from *Schedule A/B:* __17__ | __$1.45__ | ☑ | __$2.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Venmo**<br>__Other financial account__<br><br>Line from *Schedule A/B:* __17__ | __$0.00__ | ☑ | __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Cash app**<br>__Other financial account__<br><br>Line from *Schedule A/B:* __17__ | __$3.64__ | ☑ | __$4.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Paypal**<br>__Other financial account__<br><br>Line from *Schedule A/B:* __17__ | __$0.00__ | ☑ | __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **pending tax refunds**<br>__Federal tax__<br><br>Line from *Schedule A/B:* __28__ | __$1,834.00__ | ☑ | __$2,000.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **pending tax refunds**<br>__State tax__<br><br>Line from *Schedule A/B:* __28__ | __$148.00__ | ☑ | __$200.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Chandra      Lee      Nichols** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: District of | **Massachusetts** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Usual and customary household good, furnishings, home appliances, and tools** | $500.00 | | |
| | | ☑  $500.00 | **11 U.S.C. § 522(d)(3)** |
| Line from *Schedule A/B*: **6** | | ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 2      **Chandra**              **Lee**              **Nichols**              Case number *(if known)* _____

First Name              Middle Name          Last Name

---

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **usual and customary household electronics**<br><br>Line from *Schedule A/B*: **7** | **$700.00** | ☑ **$700.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Clothing**<br><br>Line from *Schedule A/B*: **11** | **$1,000.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Personal jewelry**<br><br>Line from *Schedule A/B*: **12** | **$80.00** | ☑ **$1,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description: **Cash**<br><br>Line from *Schedule A/B*: **16** | **$10.00** | ☑ **$5.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Digital CU**<br>**Checking account**<br><br>Line from *Schedule A/B*: **17** | **$14.00** | ☑ **$14.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Digital CU**<br>**Savings account**<br><br>Line from *Schedule A/B*: **17** | **$3.00** | ☑ **$3.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Digital CU**<br>**Checking account**<br><br>Line from *Schedule A/B*: **17** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Chime**<br>**Checking account**<br><br>Line from *Schedule A/B*: **17** | **$1,250.00** | ☑ **$1,250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 2    **Chandra**          **Lee**          **Nichols**          Case number *(if known)* _____
            First Name          Middle Name          Last Name

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **prepaid card** Other financial account Line from *Schedule A/B:* **17** | **$0.02** | ☑ | **$1.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Venmo** Other financial account Line from *Schedule A/B:* **17** | **$0.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Paypal** Other financial account Line from *Schedule A/B:* **17** | **$0.00** | ☑ | **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **pending tax refunds** Federal tax Line from *Schedule A/B:* **28** | **$1,834.00** | ☑ | **$2,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **pending tax refunds** State tax Line from *Schedule A/B:* **28** | **$148.00** | ☑ | **$200.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Massachusetts**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of __Massachusetts__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.    Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.

☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **National Grid** | | Last 4 digits of account number ___ ___ ___ ___ | $6,680.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**300 Erie Blvd W**

Number        Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Syracuse, NY 13202**

☐ Unliquidated

City        State        ZIP Code

☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only

☐ Student loans

☑ Debtor 1 and Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No

☐ Yes

| Debtor 1 | Timothy | Daniel | Nichols | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.2 UMASS MEMORIAL HEALTH CARE, INC.

Nonpriority Creditor's Name

**ERIC DICKSON, MD PRESIDENT**

**93 MIRICK ROAD**

Number    Street

**Princeton, MA 01541**

City    State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $1,736.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Bill**

### 4.3 Affirm, Inc.

Nonpriority Creditor's Name

**Attn: Bankruptcy Attn: Bankruptcy**

**650 California St , Fl 12**

Number    Street

**San Francisco, CA 94108-2716**

City    State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   7  C  J  Q          $88.00

**When was the debt incurred?**    9/1/2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Unsecured**

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor 1 | Timothy | Daniel | Nichols | Case number *(if known)* _____ |
|----------|---------|--------|---------|------|
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.4**

**Affirm, Inc.**

Nonpriority Creditor's Name

**Attn: Bankruptcy Attn: Bankruptcy**

**650 California St , Fl 12**

Number          Street

**San Francisco, CA 94108-2716**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   F   N   9   H          **$60.00**

**When was the debt incurred?**          7/1/2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

**4.5**

**Affirm, Inc.**

Nonpriority Creditor's Name

**Attn: Bankruptcy Attn: Bankruptcy**

**650 California St , Fl 12**

Number          Street

**San Francisco, CA 94108-2716**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   W   W   W   G          **$47.00**

**When was the debt incurred?**          5/1/2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.6  Balanced Healthcare Receivables, LLC

Nonpriority Creditor's Name

**164 Burke St**

Number          Street

**Nashua, NH 03060**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___      **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Bill**

---

### 4.7  Capital One

Nonpriority Creditor's Name

**680 Capital One Drive**

Number          Street

**Mc Lean, VA 22102**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 0   5   9   3      **$4,813.00**

**When was the debt incurred?** 6/1/2019

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CreditCard**

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                        **Total claim**

---

**4.8**  **Capital One**

Nonpriority Creditor's Name

**680 Capital One Drive**

Number                Street

**Mc Lean, VA 22102**

City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8    5    5    2**

When was the debt incurred?                **6/1/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**$3,742.00**

---

**4.9**  **Comenity Bk/Ulta**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 182125**

Number                Street

**Columbus, OH 43218**

City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **5    2    3    4**

When was the debt incurred?                **4/1/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **ChargeAccount**

**$317.00**

---

| Debtor 1 | Timothy | Daniel | Nichols | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                    **Total claim**

---

**4.10**  **Credit One Bank**

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**

**6801 Cimarron Rd**

Number          Street

**Las Vegas, NV 89113**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **9   5   4   1**

When was the debt incurred?          **2/1/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **CreditCard**

**$557.00**

---

**4.11**  **Digital Federal Credit Union**

Nonpriority Creditor's Name

**220 Donald Lynch Blvd**

Number          Street

**Marlborough, MA 01752**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0   1   4   1**

When was the debt incurred?          **7/19/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **CreditCard**

**$9,996.00**

---

| Debtor 1 | __Timothy__ | __Daniel__ | __Nichols__ | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | __Chandra__ | __Lee__ | __Nichols__ | |
| | First Name | Middle Name | Last Name | |

**Part 2:**   **Your NONPRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.12**   **Digital Federal Credit Union**

Nonpriority Creditor's Name

**220 Donald Lynch Blvd**

Number              Street

**Marlborough, MA 01752**

City              State              ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **0   1   4   1**

When was the debt incurred?    **7/1/2019**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Unsecured**

**$9,996.00**

**4.13**   **Digital Federal Credit Union**

Nonpriority Creditor's Name

**220 Donald Lynch Blvd**

Number              Street

**Marlborough, MA 01752**

City              State              ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **0   1   4   3**

When was the debt incurred?    **2/1/2023**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **CreditCard**

**$4,999.00**

| Debtor 1 | Timothy | Daniel | Nichols | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                   **Total claim**

---

**4.14**   **Digital Federal Credit Union**
Nonpriority Creditor's Name

**220 Donald Lynch Blvd**

Number           Street

**Marlborough, MA 01752**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0   1   4   2**          **$1,955.00**

When was the debt incurred?          **3/1/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

---

**4.15**   **Discover Financial**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3025**

Number           Street

**New Albany, OH 43054**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **3   7   6   0**          **$9,389.00**

When was the debt incurred?          **4/1/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

| Debtor 1 | **Timothy** | **Daniel** | **Nichols** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

---

**4.16**

**J.J.M. MEDICAL SERVICES, P.C.**

Nonpriority Creditor's Name

**C/O ADVOCATE CLIENT MANAGEMENT**

**P.O. BOX 3190**

Number          Street

**Dublin, OH 43016**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___          **$1,120.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

---

**4.17**

**Jpmcb**

Nonpriority Creditor's Name

**MailCode LA4-7100 700 Kansas Lane**

Number          Street

**Monroe, LA 71203**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  2  1  0  9          **$1,853.00**

**When was the debt incurred?**          9/1/2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

---

| | | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 1 | <u>Timothy</u> | <u>Daniel</u> | <u>Nichols</u> | |
| Debtor 2 | <u>Chandra</u> | <u>Lee</u> | <u>Nichols</u> | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

---

**4.18**

**LendingPoint LLC.**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**1201 Roberts Blvd Suite 200**
Number          Street

**Kennesaw, GA 30144**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **9   2   4   6**          **$4,060.00**

**When was the debt incurred?**          **2/2/2023**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

---

**4.19**

**Mass health**
Nonpriority Creditor's Name

**PO Box 278**
Number          Street

**Quincy, MA 02171**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___          **$219.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Bill**

---

| Debtor 1 | Timothy | Daniel | Nichols | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.20  Mercury/FBT
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 84064**

Number          Street

**Columbus, GA 31908**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   2  9  1  2          $2,117.00

When was the debt incurred?          6/1/2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CreditCard**

### 4.21  Navient
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9500**

Number          Street

**Wilkes Barre, PA 18773**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   0  2  1  7          $7,114.00

When was the debt incurred?          2/1/2010

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

| Debtor 1 | Timothy | Daniel | Nichols | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.22   Navient

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9500**

Number           Street

**Wilkes Barre, PA 18773**

City           State           ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   0  5  2  0          $4,101.00

**When was the debt incurred?**        5/1/2014

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

### 4.23   Navient

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9500**

Number           Street

**Wilkes Barre, PA 18773**

City           State           ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   0  5  2  0          $2,839.00

**When was the debt incurred?**        5/1/2014

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

| Debtor 1 | Timothy | Daniel | Nichols | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.24**

**Navient**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9500**
Number          Street

**Wilkes Barre, PA 18773**
City              State              ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      0   2   1   7          **$2,280.00**

When was the debt incurred?          **2/1/2010**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**4.25**

**Navient**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9500**
Number          Street

**Wilkes Barre, PA 18773**
City              State              ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number      1   1   2   2          **$1,794.00**

When was the debt incurred?          **11/1/2010**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

| Debtor 1 | Timothy | Daniel | Nichols | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.26

**Navient**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9500**
Number          Street

**Wilkes Barre, PA 18773**
City            State            ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1  0  1  0**    $210.00

When was the debt incurred?        **10/1/2012**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

### 4.27

**Navient**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9500**
Number          Street

**Wilkes Barre, PA 18773**
City            State            ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1  0  1  2**    $113.00

When was the debt incurred?        **10/1/2011**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

| Debtor 1 | Timothy | Daniel | Nichols | Case number *(if known)* _____ |
|----------|---------|--------|---------|------|
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.28   Quest Diagnostics

Nonpriority Creditor's Name

**500 Plaza Drive**

Number          Street

**Secaucus, NJ 07094**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical Bill**

**$1,316.00**

### 4.29   Reliant Medical Group

Nonpriority Creditor's Name

**PO Box 55471**

Number          Street

**Boston, MA 02205**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical Bill**

**$9,580.69**

| Debtor 1 | Timothy | Daniel | Nichols | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.30   Revere Medical - Nashoba Family Medicine

Nonpriority Creditor's Name

**788 Boston Rd**

Number          Street

**Groton, MA 01450**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Bill**

### 4.31   Social Security

Nonpriority Creditor's Name

**6401 Security Boulevard**

Number          Street

**Baltimore, MD 21235**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$11,108.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Social Security**

| Debtor 1 | Timothy | Daniel | Nichols | Case number *(if known)* |
|----------|---------|--------|---------|--------------------------|
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | |

## Part 2:     Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.32**     **Synchrony Bank/Amazon**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965060**

Number          Street

**Orlando, FL 32896**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number     **8   7   6   0**          **$854.00**

When was the debt incurred?          **3/1/2023**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **ChargeAccount**

---

**4.33**     **Tufts**

Nonpriority Creditor's Name

**55 Willard Street**

Number          Street

**North Grafton, MA 01536**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___          **$1,536.00**

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   _____

| Debtor 1 | Timothy | Daniel | Nichols | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.34    UPGRADE, INC.

Nonpriority Creditor's Name

**275 BATTERY ST. SUITE 2300**

Number                Street

**San Francisco, CA 94111**

City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$1,800.00**

### 4.35    Wells Fargo Bank NA

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**1 Home Campus MAC X2303-01A 3rd Floor**

Number                Street

**Des Moines, IA 50328**

City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    2  7  1  1

**When was the debt incurred?**    12/1/2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **ChargeAccount**

**$2,024.00**

| Debtor 1 | Timothy | Daniel | Nichols | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.36  Worcester Surgical Center**

Nonpriority Creditor's Name

**300 Grove St.**

Number            Street

**Worcester, MA 01605**

City            State            ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___            **unknown**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Bill**

| Debtor 1 | Timothy | Daniel | Nichols | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1.**
**National Grid**
Name
**PO Box Box 371338**
Number        Street

**Pittsburgh, PA 15250**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**2.**
**national grid**
Name
**PO Box 960**
Number        Street

**Northborough, MA 01532**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**3.**
**MASSACHUSETTS ELECTRIC COMPANY**
Name
**170 DATA DR.**
Number        Street

**Waltham, MA 02451**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**4.**
**MASSACHUSETTS ELECTRIC COMPANY**
Name
**CORPORATION SERVICE COMPANY Registered Agent**
**84 STATE STREET**
Number        Street
**Boston, MA 02109**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**5.**
**MASSACHUSETTS ELECTRIC COMPANY**
Name
**STEPHEN WOERNER President**
**170 DATA DR.**
Number        Street
**Waltham, MA 02451**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**6.**
**UMASS MEMORIAL PHYSICIANS, INC.**
Name
**ONE BIOTECH PARK 365 PLANTATION ST.**
Number        Street

**Worcester, MA 01605**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed - Additional Page**

---

**7**

**Umass memorial Health**
Name

**P O Box 419591**
Number      Street

**Boston, MA 02241**
City                  State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**8**

**Umass Memorial Health - Harrington**
Name

**100 South Street**
Number      Street

**Southbridge, MA 01550**
City                  State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**9**

**Umass Memorial Med Ctr**
Name

**55 Lake Ave**
Number      Street

**Worcester, MA 01655**
City                  State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**10**

**credit collection services**
Name

**PO Box 447**
Number      Street

**Norwood, MA 02062**
City                  State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**11**

**Affirm, Inc.**
Name

**Resurgent Capital Services**

**PO Box 10587**
Number      Street

**Greenville, SC 29603**
City                  State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**12**

**Affirm, Inc.**
Name

**CT CORPORATION SYSTEM**

**155 FEDERAL STREET SUITE 700**
Number      Street

**Boston, MA 02110**
City                  State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor 1 | **Timothy** | **Daniel** | **Nichols** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** | |
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

---

**13.** **AFFIRM, INC.**
Name

**LIBOR MICHALEK PRESIDENT**

**650 CALIFORNIA STREET 12TH FLOOR**
Number      Street

**San Francisco, CA 94108**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**14.** **J.J.M. MEDICAL SERVICES, P.C.**
Name

**JONATHAN GORSKI Registered Agent**

**160 FEDERAL ST. 9th Flr**
Number      Street

**Boston, MA 02110**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.16** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**15.** **J.J.M. MEDICAL SERVICES, P.C.**
Name

**STEPHAN L. HATCH PRESIDENT**

**83 MERIAM STREET**
Number      Street

**Lexington, MA 02420**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.16** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**16.** **LENDINGPOINT LLC**
Name

**1201 ROBERTS BLVD SUITE 200**
Number      Street

**Kennesaw, GA 30144**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.18** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**17.** **LENDINGPOINT LLC**
Name

**C T CORPORATION SYSTEM Resident Agent**

**155 FEDERAL ST Suite 700**
Number      Street

**Boston, MA 02110**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.18** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**18.** **LENDINGPOINT LLC**
Name

**THOMAS BURNSIDE MANAGER**

**1201 ROBERTS BLVD SUITE 200**
Number      Street

**Kennesaw, GA 30144**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.18** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor 1 | Timothy | Daniel | Nichols | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

---

**19** US Department of Education
Name

**633 Spirit Drive**
Number          Street


**Chesterfield, MO 63005**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.21** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**20** US Dept. of Education
Name

**120 N Seven Oaks Drive**
Number          Street


**Knoxville, TN 37922**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.21** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**21** QUEST DIAGNOSTICS
Name

**415 MASSACHUSETTS AVE.**
Number          Street


**Cambridge, MA 02139**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.28** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**22** QUEST DIAGNOSTICS
Name

**PAUL FLOOD PRESIDENT**

**30 SO. POND RD.**
Number          Street

**GLASTONBURY, CT**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.28** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**23** QUEST DIAGNOSTICS MASSACHUSETTS LLC
Name

**CORPORATION SERVICE COMPANY**

**84 STATE ST.**
Number          Street

**Boston, MA 02109**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.28** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**24** RELIANT MEDICAL GROUP, INC.
Name

**THAD F. SCHILLING M.D. PRESIDENT**

**100 FRONT STREET**
Number          Street

**Worcester, MA 01608**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.29** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

| Debtor 1 | Timothy | Daniel | Nichols | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Chandra | Lee | Nichols | |
| | First Name | Middle Name | Last Name | |

**Part 3:    List Others to Be Notified About a Debt That You Already Listed - Additional Page**

---

**25.** RELIANT MEDICAL GROUP, INC.
Name

**C T CORPORATIONION SYSTEM Resident Agent**

**155 FEDERAL ST. Suite 700**
Number       Street

**Boston, MA 02110**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.29** of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**26.** I AND C SYSTEMS, INC
Name

**129 FOREST STREET**
Number       Street

**Norwell, MA 02061**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.29** of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**27.** Social Security
Name

**MADISON PLACE**

**51 MYRTLE ST**
Number       Street

**Worcester, MA 01608**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.31** of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**28.** Social Security Administration
Name

**Office of Public Inquiries and Communications Support**

**1100 West High Rise 6401 Security Blvd.**
Number       Street

**Baltimore, MD 21235**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.31** of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**29.** Social Security Administration
Name

**Mid-Atlantic Program Services Center**

**300 Spring Garden Street**
Number       Street

**Philadelphia, PA 19123**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.31** of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**30.** Social Security Administration
Name

**PO Box 2891**
Number       Street

**Philadelphia, PA 19122**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.31** of *(Check one)*:
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Debtor 1  **Timothy**     **Daniel**     **Nichols**

Debtor 2  **Chandra**     **Lee**     **Nichols**

<table>
<tr><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
</table>

Case number *(if known)* _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

---

**31** **U.S. Department of Justice**

Name

**950 Pennsylvania Ave NW**

Number    Street

**Washington, DC 20530**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.31** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**32** **United States Attorney**

Name

**Moakley US Federal Courthouse**

**1 Courthouse Way Ste 9200**

Number    Street

**Boston, MA 02210**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.31** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**33** **UPGRADE, INC.**

Name

**CT CORPORATION SYSTEM Registered Agent**

**155 FEDERAL ST. STE. 700**

Number    Street

**Boston, MA 02110**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.34** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**34** **UPGRADE, INC.**

Name

**RENAUD LAPLANCHE PRESIDENT**

**275 BATTERY STREET SUITE 2300**

Number    Street

**San Francisco, CA 94111**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.34** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**35** **Upgrade**

Name

**2 N Central Ave 10th Floor**

Number    Street

**Phoenix, AZ 85004**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.34** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

| | | |
|---|---|---|
| Debtor 1 | **Timothy**　　　**Daniel**　　　**Nichols** | Case number *(if known)* _____ |
| | First Name　　　Middle Name　　　Last Name | |
| Debtor 2 | **Chandra**　　　**Lee**　　　**Nichols** | |
| | First Name　　　Middle Name　　　Last Name | |

<table>
<tr><td style="background:black;color:white">**Part 4:**</td><td colspan="2">**Add the Amounts for Each Type of Unsecured Claim**</td></tr>
</table>

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. _____ **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. _____ **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. _____ **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + _____ **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. _____ **$0.00** |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. _____ **$18,451.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. _____ **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. _____ **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + _____ **$91,962.69** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. _____ **$110,413.69** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **District of Massachusetts**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number     Street | |
| City          State     ZIP Code | |
| **2.2** | |
| Name | |
| Number     Street | |
| City          State     ZIP Code | |
| **2.3** | |
| Name | |
| Number     Street | |
| City          State     ZIP Code | |
| **2.4** | |
| Name | |
| Number     Street | |
| City          State     ZIP Code | |

Fill in this information to identify your case:

| Debtor 1 | __Timothy__ | __Daniel__ | __Nichols__ |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | __Chandra__ | __Lee__ | __Nichols__ |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of __Massachusetts__

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.** **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No

☐ Yes

**2.** **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.

☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

  ☐ No

  ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

  _____
  Name of your spouse, former spouse, or legal equivalent

  _____
  Number          Street

  _____
  City          State          ZIP Code

**3.** **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you.** List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| **3.1** | | |
|---|---|---|
| Name | | ☐ Schedule D, line _____ |
| | | ☐ Schedule E/F, line _____ |
| Number          Street | | ☐ Schedule G, line _____ |
| City          State          ZIP Code | | |

| **3.2** | | |
|---|---|---|
| Name | | ☐ Schedule D, line _____ |
| | | ☐ Schedule E/F, line _____ |
| Number          Street | | ☐ Schedule G, line _____ |
| City          State          ZIP Code | | |

| Fill in this information to identify your case: | | |
|---|---|---|

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Massachusetts** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

# Official Form 106I

## Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed  ☑ Not Employed | ☐ Employed  ☑ Not Employed |
| Occupation | | _____ | _____ |
| Employer's name | | _____ | _____ |
| Employer's address | | _____ | _____ |
| | | Number Street | Number Street |
| | | _____ | _____ |
| | | _____ | _____ |
| | | City       State    Zip Code | City       State    Zip Code |
| How long employed there? | | _____ | _____ |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| 3. Estimate and list monthly overtime pay. | 3. + | $0.00 | + $0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $0.00 |

Debtor 1    **Timothy**      **Daniel**      **Nichols**
Debtor 2    **Chandra**      **Lee**         **Nichols**

First Name      Middle Name      Last Name

Case number *(if known)* _____

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here.......................................................➔  **4.** | **$0.00** | **$0.00** |

**5.** List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | **$0.00** | **$0.00** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | **$0.00** | **$0.00** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | **$0.00** | **$0.00** |
| 5d. **Required repayments of retirement fund loans** | 5d. | **$0.00** | **$0.00** |
| 5e. **Insurance** | 5e. | **$0.00** | **$0.00** |
| 5f. **Domestic support obligations** | 5f. | **$0.00** | **$0.00** |
| 5g. **Union dues** | 5g. | **$0.00** | **$0.00** |
| 5h. **Other deductions.** Specify: _____ | 5h. + | **$0.00** | + **$0.00** |
| **6.** **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | **$0.00** | **$0.00** |
| **7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$0.00** | **$0.00** |

**8.** List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | 8a. | **$0.00** | **$0.00** |
| 8b. **Interest and dividends** | 8b. | **$0.00** | **$0.00** |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | 8c. | **$0.00** | **$0.00** |
| 8d. **Unemployment compensation** | 8d. | **$0.00** | **$0.00** |
| 8e. **Social Security** | 8e. | **$0.00** | **$0.00** |

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Specify: **SNAP** | 8f. | **$0.00** | **$32.00** |
| 8g. **Pension or retirement income** | 8g. | **$0.00** | **$0.00** |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | **$0.00** | + **$0.00** |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|
| **9.** **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | **$0.00** | **$32.00** | | |
| **10.** **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | **$0.00** | + **$32.00** | = | **$32.00** |

**11.** State all other regular contributions to the expenses that you list in *Schedule J*.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. + **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12. **$32.00**

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain:   -Debtor 1 and 2 hope to return to work
-Debtor 2 has received some money for content creation. She may get payments in the future.

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Timothy** | **Daniel** | **Nichols** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:    **District of Massachusetts**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

    ☐ No. Go to line 2.

    ☑ Yes. **Does Debtor 2 live in a separate household?**

    ☑ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**     ☑ No

    Do not list Debtor 1 and
    Debtor 2.

    Do not state the dependents'
    names.

    ☐ Yes. Fill out this information
    for each dependent...............

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No.  ☐ Yes. |
| | _____ | _____ | ☐ No.  ☐ Yes. |
| | _____ | _____ | ☐ No.  ☐ Yes. |
| | _____ | _____ | ☐ No.  ☐ Yes. |
| | _____ | _____ | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

    ☑ No

    ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$0.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | **$0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$0.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Timothy** | **Daniel** | **Nichols** | |
|---|---|---|---|---|
| Debtor 2 | **Chandra** | **Lee** | **Nichols** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | | | **Your expenses** |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$0.00** |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$200.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$0.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$150.00** |
| | 6d. Other. Specify: _____ | 6d. | **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$500.00** |
| 8. | **Childcare and children's education costs** | 8. | **$0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$150.00** |
| 10. | **Personal care products and services** | 10. | **$150.00** |
| 11. | **Medical and dental expenses** | 11. | **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$150.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$0.00** |
| | 15b. Health insurance | 15b. | **$0.00** |
| | 15c. Vehicle insurance | 15c. | **$145.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | **$0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | **$0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | **$0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | **$0.00** |
| | 17c. Other. Specify: _____ | 17c. | **$0.00** |
| | 17d. Other. Specify: _____ | 17d. | **$0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | **$0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | **$0.00** |
| | 20b. Real estate taxes | 20b. | **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | **$0.00** |

| Debtor 1 | **Timothy** | **Daniel** | **Nichols** | |
|---|---|---|---|---|
| Debtor 2 | **Chandra** | **Lee** | **Nichols** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

| 21. | **Other.** Specify: <u>See Additional Page</u> | 21. | + | **$263.00** |
|---|---|---|---|---|

**22.** **Calculate your monthly expenses.**

22a. Add lines 4 through 21.  ·  22a.  **$2,158.00**

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  ·  22b.  **$0.00**

22c. Add line 22a and 22b. The result is your monthly expenses.  ·  22c.  **$2,158.00**

**23.** **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I*.  ·  23a.  **$32.00**

23b. Copy your monthly expenses from line 22c above.  ·  23b.  − **$2,158.00**

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.  ·  23c.  **($2,126.00)**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.    -Debtors may have to pay rent and other increased housing expenses.

---

| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
|---|---|---|---|
| Debtor 2 | **Chandra** | **Lee** | **Nichols** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

|  | Amount |
|---|---|
| 21. **Other** | |
| storage unit | $113.00 |
| Incidentals | $100.00 |
| pet care | $50.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Massachusetts**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................... | **$0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*............................................................ | **$9,271.25** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*..................................................................... | **$9,271.25** |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$0.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... | **+ $110,413.69** |
| **Your total liabilities** | **$110,413.69** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................................... | **$32.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*..................................................................... | **$2,158.00** |

| Debtor 1 | **Timothy** | **Daniel** | **Nichols** | |
|---|---|---|---|---|
| Debtor 2 | **Chandra** | **Lee** | **Nichols** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**Part 4:**  Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑  Yes

7. **What kind of debt do you have?**

   ☑  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   | **$1,570.39** |
   |---|

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$18,451.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +     **$0.00** |
| 9g. **Total**. Add lines 9a through 9f. | **$18,451.00** |

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Massachusetts** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          **12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Timothy Daniel Nichols**          X **/s/ Chandra Lee Nichols**
Timothy Daniel Nichols, Debtor 1          Chandra Lee Nichols, Debtor 2

Date **02/12/2025**          Date **02/12/2025**
    MM/ DD/ YYYY              MM/ DD/ YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Massachusetts**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 |
| **123 Pleasant Street** | From **2022** | | From _____ |
| Number  Street | To  **2023** | | To  _____ |
| | | Number    Street | |
| **East Brookfield, MA 01515** | | | |
| City                State  ZIP Code | | City              State  ZIP Code | |
| | | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 |
| **62 Rowena Street** | From **2018** | | From _____ |
| Number  Street | To  **2022** | | To  _____ |
| | | Number    Street | |
| **Worcester, MA 01606** | | | |
| City                State  ZIP Code | | City              State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | **2,795.00 - see pay stub dated 01/17/2025**<br><br>**1,512.00 - est. YTD** |
| **For last calendar year:**<br>(January 1 to December 31, __2024__ )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | **52,521.00 see joint form 1040 line 1a**<br><br>**924.00 - see IRS form 1040 sch c** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2023__ )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **75,563.00 - joint - see IRS form 1040 line 1a** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | **est YTD SNAP** | **$64.00** |
| **For last calendar year:**<br>(January 1 to December 31, __2024__ )<br>YYYY | **Unemployment - see joint form 1040 sch 1 line 7** | **$4,418.00** | **est SNAP** | **$192.00** |

| Debtor 1 | **Timothy** | **Daniel** | **Nichols** | |
|---|---|---|---|---|
| Debtor 2 | **Chandra** | **Lee** | **Nichols** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**For the calendar year before that:**

(January 1 to December 31, __2023__ )
　　　　　　　　　　　　　　　YYYY

Unemployment compensation - see joint form 1040 sch 1 line 7          $5,397.00   _____   _____

---

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

　　　During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

　　　☐ No. Go to line 7.

　　　☐ Yes.   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

　　　* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

　　　During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

　　　☑ No. Go to line 7.

　　　☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

---

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No

☐ Yes. Fill in the details.

---

| Debtor 1 | **Timothy** | **Daniel** | **Nichols** | |
|---|---|---|---|---|
| Debtor 2 | **Chandra** | **Lee** | **Nichols** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

Debtor 1    **Timothy**      **Daniel**      **Nichols**
Debtor 2    **Chandra**      **Lee**         **Nichols**

First Name         Middle Name       Last Name

Case number *(if known)* _____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Kovacs Law, P.C.** | **Attorney's Fees and case expenses** | | |
| Person Who Was Paid | | | |
| **131 Lincoln Street** | | **01/09/2025** | **$1,700.00** |
| Number    Street | | | |
| **Worcester, MA 01605** | | | |
| City    State    ZIP Code | | | |
| **Robert@KovacsLawFirm.com** | | | |
| Email or website address | | | |
| **Michael Deere** | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
|---|---|---|---|
| Debtor 2 | **Chandra** | **Lee** | **Nichols** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Prime Storage** <br> Name of Storage Facility | _____ <br> Name | **household goods** | ☐ No <br> ☑ Yes |
| **82 Worcester Street** <br> Number    Street | _____ <br> Number    Street | | |
| _____ <br> **Grafton, MA 01519** <br> City         State    ZIP Code | _____ <br> City              State    ZIP Code | | |

---

**Part 9:** Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

---

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Timothy** | **Daniel** | **Nichols** | |
|---|---|---|---|---|
| Debtor 2 | **Chandra** | **Lee** | **Nichols** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**Part 11:** Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

---

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X  /s/ Timothy Daniel Nichols**
Signature of Timothy Daniel Nichols, Debtor 1

**X  /s/ Chandra Lee Nichols**
Signature of Chandra Lee Nichols, Debtor 2

Date **02/12/2025**

Date **02/12/2025**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy** | **Daniel** | **Nichols** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Chandra** | **Lee** | **Nichols** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **District of Massachusetts**

Case number
(if known)

☐ Check if this is an
amended filing

# Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7    **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:**  List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|

Debtor 1    **Timothy**    **Daniel**    **Nichols**
Debtor 2    **Chandra**    **Lee**    **Nichols**

First Name      Middle Name      Last Name        Case number *(if known)* _____

---

**Part 2:**   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |

---

**Part 3:**   Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X** **/s/ Timothy Daniel Nichols** _____      **X** **/s/ Chandra Lee Nichols** _____

Signature of Debtor 1                  Signature of Debtor 2

Date **02/12/2025** _____          Date **02/12/2025** _____
     MM/ DD/ YYYY                     MM/ DD/ YYYY

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

IN RE: **Nichols, Timothy Daniel**                        CASE NO
**Nichols, Chandra Lee**

                                                          CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  **02/12/2025**        Signature  ___**/s/ Timothy Daniel Nichols**_____
                                         Timothy Daniel Nichols, Debtor


Date  **02/12/2025**        Signature  ___**/s/ Chandra Lee Nichols**_____
                                         Chandra Lee Nichols, Joint Debtor

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603


Eversource Gas
157 Cordaville Road 3113
Southborough, MA 01772


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


National Grid
300 Erie Blvd W
Syracuse, NY 13202


National Grid Electric
548 Haydenville Road
Leeds, MA 01053


Nstar Gas dba Eversource
Energy
c/o Honor Heath
107 Selden St
Berlin, CT 06037


UMASS MEMORIAL HEALTH
CARE, INC.
ERIC DICKSON, MD
PRESIDENT
93 MIRICK ROAD
Princeton, MA 01541


UMASS MEMORIAL
PHYSICIANS, INC.
ONE BIOTECH PARK 365 PLANTATION ST.
Worcester, MA 01605

US Department of Education
633 Spirit Drive
Chesterfield, MO 63005

US Dept. of Education
120 N Seven Oaks Drive
Knoxville, TN 37922

Affirm, Inc.
Attn: Bankruptcy Attn: Bankruptcy
650 California St , Fl 12
San Francisco, CA 94108-2716

Affirm, Inc.
CT CORPORATION SYSTEM
155 FEDERAL STREET SUITE 700
Boston, MA 02110

AFFIRM, INC.
LIBOR MICHALEK
PRESIDENT
650 CALIFORNIA STREET 12TH FLOOR
San Francisco, CA 94108

Ally Financial, Inc
Attn: Bankruptcy
PO Box 380901
Bloomington, IL 55438

Balanced Healthcare
Receivables, LLC
164 Burke St
Nashua, NH 03060

Bank of America
Attn: Bankruptcy
4909 Savarese Cir
Tampa, FL 33634

Capital One
680 Capital One Drive
Mc Lean, VA 22102


Citibank
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
Saint Louis, MO 63179


Civil process clerk - US Atty
1 Courthouse Way Ste 9200
Boston, MA 02110


Comenity Bk/Ulta
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218


Commonwealth of Massachusetts
Dept. Unemployment Chief Counsel
19 Staniford St Fl 1
Boston, MA 02114


credit collection services
PO Box 447
Norwood, MA 02062


Credit One Bank
Attn: Bankruptcy Department 6801
Cimarron Rd
Las Vegas, NV 89113


Digital Federal Credit Union
220 Donald Lynch Blvd
Marlborough, MA 01752

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

Eversource
PO Box 56007
Boston, MA 02205

Fingerhut
Attn: Bankruptcy 6250 Ridgewood Road
Saint Cloud, MN 56303

I AND C SYSTEMS, INC
129 FOREST STREET
Norwell, MA 02061

J.J.M. MEDICAL SERVICES,
P.C.
C/O ADVOCATE CLIENT MANAGEMENT
P.O. BOX 3190
Dublin, OH 43016

J.J.M. MEDICAL SERVICES,
P.C.
JONATHAN GORSKI
Registered Agent
160 FEDERAL ST. 9th Flr
Boston, MA 02110

J.J.M. MEDICAL SERVICES,
P.C.
STEPHAN L. HATCH
PRESIDENT
83 MERIAM STREET
Lexington, MA 02420

Jpmcb
MailCode LA4-7100 700 Kansas Lane
Monroe, LA 71203

Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043


LENDINGPOINT LLC
1201 ROBERTS BLVD SUITE 200
Kennesaw, GA 30144


LENDINGPOINT LLC
C T CORPORATION SYSTEM
Resident Agent
155 FEDERAL ST Suite 700
Boston, MA 02110


LENDINGPOINT LLC
THOMAS BURNSIDE
MANAGER
1201 ROBERTS BLVD SUITE 200
Kennesaw, GA 30144


LendingPoint LLC.
Attn: Bankruptcy 1201 Roberts Blvd Suite
200
Kennesaw, GA 30144


Mass Dept Of Revenue
100 Cambridge St Fl 2
Boston, MA 02114


Mass health
PO Box 278
Quincy, MA 02171


Massachusetts Department of
Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114

Massachusetts Dept. of
Revenue
200 Arlington St
Chelsea, MA 02150

Massachusetts Dept. of
Revenue
PO Box 7090
Boston, MA 02204

MASSACHUSETTS ELECTRIC
COMPANY
170 DATA DR.
Waltham, MA 02451

MASSACHUSETTS ELECTRIC
COMPANY
CORPORATION SERVICE COMPANY
Registered Agent
84 STATE STREET
Boston, MA 02109

MASSACHUSETTS ELECTRIC
COMPANY
STEPHEN WOERNER
President
170 DATA DR.
Waltham, MA 02451

Mercury/FBT
Attn: Bankruptcy
PO Box 84064
Columbus, GA 31908

Merrick Garland
Attorney General U.S. Department of
Justice
950 Pennsylvania Ave NW
Washington, DC 20530

national grid
PO Box 960
Northborough, MA 01532

National Grid
PO Box Box 371338
Pittsburgh, PA 15250

Navient
Attn: Bankruptcy
PO Box 9500
Wilkes Barre, PA 18773

Prosper Funding LLC
221 Main Street Suite 300
San Francisco, CA 94105

Quest Diagnostics
500 Plaza Drive
Secaucus, NJ 07094

QUEST DIAGNOSTICS
415 MASSACHUSETTS AVE.
Cambridge, MA 02139

QUEST DIAGNOSTICS
PAUL FLOOD
PRESIDENT
30 SO. POND RD.
GLASTONBURY, CT

QUEST DIAGNOSTICS
MASSACHUSETTS LLC
CORPORATION SERVICE COMPANY
84 STATE ST.
Boston, MA 02109

Reliant Medical Group
PO Box 55471
Boston, MA 02205

RELIANT MEDICAL GROUP, INC.
THAD F. SCHILLING M.D.
PRESIDENT
100 FRONT STREET
Worcester, MA 01608

RELIANT MEDICAL GROUP, INC.
C T CORPORATIONION SYSTEM
Resident Agent
155 FEDERAL ST. Suite 700
Boston, MA 02110

Revere Medical - Nashoba Family Medicine
788 Boston Rd
Groton, MA 01450

Social Security
6401 Security Boulevard
Baltimore, MD 21235

Social Security
MADISON PLACE
51 MYRTLE ST
Worcester, MA 01608

Social Security Administration
Office of Public Inquiries and
Communications Support
1100 West High Rise 6401 Security Blvd.
Baltimore, MD 21235

Social Security Administration
Mid-Atlantic Program Services Center
300 Spring Garden Street
Philadelphia, PA 19123

Social Security Administration
PO Box 2891
Philadelphia, PA 19122

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/TJX
Attn: Bankruptcy Dept
PO Box 965064
Orlando, FL 32896-5064


Tufts
55 Willard Street
North Grafton, MA 01536


U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530


Umass memorial Health
P O Box 419591
Boston, MA 02241


Umass Memorial Health -
Harrington
100 South Street
Southbridge, MA 01550


Umass Memorial Med Ctr
55 Lake Ave
Worcester, MA 01655


United States Attorney
Moakley US Federal Courthouse
1 Courthouse Way Ste 9200
Boston, MA 02210

Upgrade
2 N Central Ave 10th Floor
Phoenix, AZ 85004

Upgrade, Inc.
Attn: Bankruptcy 275 Battery Street 23rd
Floor
San Francisco, CA 94111

UPGRADE, INC.
275 BATTERY ST. SUITE 2300
San Francisco, CA 94111

UPGRADE, INC.
CT CORPORATION SYSTEM
Registered Agent
155 FEDERAL ST. STE. 700
Boston, MA 02110

UPGRADE, INC.
RENAUD LAPLANCHE
PRESIDENT
275 BATTERY STREET SUITE 2300
San Francisco, CA 94111

Wells Fargo Bank NA
Attn: Bankruptcy 1 Home Campus MAC
X2303-01A 3rd Floor
Des Moines, IA 50328

Worcester Surgical Center
300 Grove St.
Worcester, MA 01605